AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Marrero, Victor | U.S. District Court, S.D.N.Y. | 10/16/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

U.S. District Court, SDNY
500 Pearl Street
New York, New York 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | New York Public Library |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | municipal government official |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PUTNAM IRA: (see line 2) | | | | | | | | | |
| 2.  Balanced Retirement C1-A | A | Dividend | J | T | Sold | 10/27/11 | J | A | |
| 3. | | | | | | | | | |
| 4.  DREYFUS (see line 5) | | | | | | | | | |
| 5.  NY Tax Exempt Fund | D | Dividend | M | T | Sold (part) | 12/01/11 | K | A | |
| 6. | | | | | | | | | |
| 7.  NY STATE TUITION SAVINGS PLAN see Part VIII, no control | A | Dividend | J | T | | | | | |
| 8. | | | | | | | | | |
| 9.  JPMORGAN CHASE MONEY MARKET | A | Interest | J | T | | | | | |
| 10. | | | | | | | | | |
| 11.  NYC DEFERRED COMP. IRA | A | Dividend | L | T | | | | | |
| 12. | | | | | | | | | |
| 13.  CHASE TRADITIONAL IRA (see lines 14-18) | | | | | | | | | |
| 14.  JPMorgan High Yield Bd Fund | A | Dividend | K | T | | | | | |
| 15.  JPMorgan Core Plus Bond Class A | A | Dividend | J | T | | | | | |
| 16.  JPMorgan Emerg. Mkts Debt Cl A | A | Dividend | K | T | | | | | |
| 17.  MFS Emerg. Mkts Debt Cl A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Principal Global Diversified Inc. A | A | Dividend | L | T | | | | | |
| 19. | | | | | | | | | |
| 20. FIDELITY ROLLOVER IRA: (see lines 21 through 101) | | | | | | | | | |
| 21. | | | | | Buy | 06/25/10 | J | | |
| 22. Strategic Advs. Value Fund | C | Dividend | K | T | Sold (part) | 03/11/11 | J | B | |
| 23. | | | | | Sold (part) | 09/14/11 | J | A | |
| 24. | | | | | Sold (part) | 10/13/11 | L | A | |
| 25. Strategic Advs. Small Mid-Cap Fd | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 26. | | | | | Sold (part) | 09/14/11 | J | A | |
| 27. | | | | | Sold (part) | 10/13/11 | K | A | |
| 28. Strategic Advs. Int'l Fd | B | Dividend | L | T | Sold (part) | 03/03/11 | J | A | |
| 29. | | | | | Buy | 08/10/11 | J | | |
| 30. | | | | | Buy | 09/01/11 | J | | |
| 31. | | | | | Sold (part) | 10/13/11 | L | A | |
| 32. Strategic Advs. US Opp Fd | A | Dividend | J | T | Sold (part) | 05/12/11 | J | A | |
| 33. | | | | | Buy | 08/10/11 | J | | |
| 34. | | | | | Sold (part) | 09/14/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 10/13/11 | K | A | |
| 36. Strategic Advs. Core Fund | C | Dividend | K | T | Buy | 01/05/11 | J | | |
| 37. | | | | | Buy | 01/06/11 | J | A | |
| 38. | | | | | Sold (part) | 03/03/11 | J | B | |
| 39. | | | | | Buy | 08/10/11 | J | | |
| 40. | | | | | Sold (part) | 09/14/11 | J | A | |
| 41. | | | | | Sold (part) | 10/13/11 | L | A | |
| 42. Strategic Advs. Growth Fund | A | Dividend | K | T | Buy | 08/10/11 | J | | |
| 43. | | | | | Buy | 09/14/11 | J | | |
| 44. | | | | | Sold (part) | 10/13/11 | L | A | |
| 45. Fidelity Real Estate Inc. | A | Dividend | J | T | Buy | 10/13/11 | K | | |
| 46. Strategic Advs. Emerg. Mkts. | A | Dividend | J | T | Buy | 08/10/11 | J | | |
| 47. | | | | | Sold (part) | 10/13/11 | J | A | |
| 48. Fidelity Dividend Growth | | None | | | Sold | 01/05/11 | J | A | |
| 49. Fidelity Select Gold | B | Dividend | J | T | Sold (part) | 10/13/11 | J | A | |
| 50. Fidelity Capital & Income | B | Dividend | | | Sold (part) | 03/03/11 | J | A | |
| 51. | | | | | Sold (part) | 05/12/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Marrero, Victor** | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/13/11 | J | A | |
| 53. Fidelity Investment Grade | B | Dividend | K | T | Sold (part) | 03/13/11 | K | A | |
| 54. Fidelity Short Term Bond | A | Dividend | K | T | Sold (part) | 03/03/11 | J | A | |
| 55. | | | | | Sold (part) | 08/10/11 | J | A | |
| 56. | | | | | Buy | 09/14/11 | J | | |
| 57. | | | | | Sold (part) | 10/13/11 | K | A | |
| 58. Fidelity GNMA Fund | A | Dividend | K | T | Buy | 03/03/11 | K | | |
| 59. | | | | | Sold (part) | 08/10/11 | J | A | |
| 60. | | | | | Buy | 10/13/11 | J | | |
| 61. Fidelity Total Bond | E | Dividend | L | T | Sold (part) | 08/10/11 | J | B | |
| 62. | | | | | Buy | 10/13/11 | K | | |
| 63. Strategic Advs. Core Inc. Fd | E | Dividend | M | T | Buy | 03/03/11 | K | | |
| 64. | | | | | Buy | 03/04/11 | J | | |
| 65. | | | | | Buy | 05/12/11 | J | | |
| 66. | | | | | Sold (part) | 08/10/11 | K | A | |
| 67. | | | | | Buy | 09/14/11 | J | | |
| 68. | | | | | Buy | 10/13/11 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Strategic Advs. Inc. Opp. Fd | E | Dividend | L | T | Buy | 03/03/11 | J | | |
| 70. | | | | | Buy | 05/12/11 | J | | |
| 71. | | | | | Buy | 05/13/11 | J | | |
| 72. | | | | | Buy | 10/13/11 | J | | |
| 73. FIMM MMKT Port Inst. Cl | A | Dividend | L | T | Sold (part) | 03/01/11 | J | A | |
| 74. | | | | | Sold (part) | 05/14/11 | J | A | |
| 75. | | | | | Sold (part) | 08/23/11 | J | A | |
| 76. | | | | | Buy | 09/14/11 | J | | |
| 77. | | | | | Buy | 10/13/11 | K | | |
| 78. | | | | | Sold (part) | 12/21/11 | J | A | |
| 79. Fidelity Money Market | | None | | | Sold | 01/05/11 | J | A | |
| 80. AQR Divers. Arb. Class. | A | Dividend | J | T | Buy | 10/13/11 | K | | |
| 81. Credit Suisse Comm. Rtn. Strtgy | A | Dividend | J | T | Buy | 10/13/11 | J | | |
| 82. Merger Fund | | None | | | Buy | 03/03/11 | J | | |
| 83. | | | | | Buy | 05/12/11 | J | | |
| 84. | | | | | Sold | 10/13/11 | K | A | |
| 85. Metropolitan West Low Dur. | A | Dividend | J | T | Buy | 10/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Pimco Total Return Adm. Shs | C | Dividend | L | T | Buy | 03/03/11 | J | | |
| 87. | | | | | Sold (part) | 05/12/11 | J | A | |
| 88. | | | | | Sold (part) | 08/10/11 | J | B | |
| 89. | | | | | Buy | 10/13/11 | K | | |
| 90. Pimco Short Term Adm Shs | A | Dividend | M | T | Sold (part) | 03/03/11 | J | A | |
| 91. | | | | | Sold (part) | 08/10/11 | J | A | |
| 92. | | | | | Buy | 09/14/11 | J | | |
| 93. | | | | | Buy | 10/13/11 | L | | |
| 94. | | | | | Buy | 10/14/11 | J | | |
| 95. Pimco Commd. Real Ret. Strat. Adm. | A | Dividend | | | Sold (part) | 03/03/11 | J | A | |
| 96. | | | | | Sold | 10/13/11 | J | A | |
| 97. T Rowe Price High Yield Adv Cl | B | Dividend | K | T | Sold (part) | 03/03/11 | J | A | |
| 98. | | | | | Sold (part) | 05/12/11 | J | A | |
| 99. Templeton Global Bond Cl A | A | Dividend | K | T | | | | | |
| 100. Westport Select Cap Cl R | | None | | | Sold | 01/05/11 | J | A | |
| 101. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ▢ FIDELITY ROLLOVER IRA: (see lines 104 through 130) | | | | | | | | | |
| 104. Strategic Advs. Value Fund | A | Dividend | J | T | | | | | |
| 105. Strategic Advs. Small-Mid Cap Fd | A | Dividend | J | T | | | | | |
| 106. Strategic Advs. Int'l Fd | A | Dividend | J | T | | | | | |
| 107. Strategic Advs US Oppy. Fd | A | Dividend | J | T | | | | | |
| 108. Strategic Advs. Core Fund | A | Dividend | J | T | | | | | |
| 109. Strategic Advs. Growth Fund | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 110. Strategic Advs. Emerg. Mkts | A | Dividend | J | T | | | | | |
| 111. Fidelity Real Estate Inc. | A | Dividend | J | T | | | | | |
| 112. Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 113. AQR Diversified Arb. Class | A | Dividend | J | T | | | | | |
| 114. Credit Suisse Commd. Rtrn. Strtgy. Sh | A | Dividend | J | T | | | | | |
| 115. Fidelity Invest. Grade | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 116. Fidelity GNMA Fund | A | Dividend | J | T | Buy | 03/17/11 | J | | |
| 117. Fidelity Total Bond | A | Dividend | J | T | Buy | 11/02/11 | J | | |
| 118. Strategic Advs Core Inc Fd | A | Dividend | K | T | Buy | 03/17/11 | J | | |
| 119. | | | | | Buy | 11/02/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Strategic Advs Income Opp Fd | A | Dividend | J | T | | | | | |
| 121. Fidelity Money Market | | None | | | Sold | 01/05/11 | J | | |
| 122. Metropolitan West Low Duration M | A | Dividend | J | T | Sold (part) | 03/17/11 | J | A | |
| 123. Pimco Total Return Adm Shs | A | Dividend | J | T | | | | | |
| 124. Pimco Short Term Adm Shs | A | Dividend | J | T | Buy | 11/02/11 | J | | |
| 125. T Rowe Price High Yld Adv Cl | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 126. T Rowe Price Short Term Bd Fund | A | Dividend | J | T | | | | | |
| 127. T Rowe Price Mid Cap. Value | | None | | | Sold | 01/05/11 | J | A | |
| 128. Templeton Global Bd Cl A | A | Dividend | J | T | | | | | |
| 129. FIMM MMKT Port Inst CL | A | Dividend | J | T | | | | | |
| 130. Fidelity Cash Reserves | A | Interest | J | T | | | | | |
| 131. | | | | | | | | | |
| 132. ▨ FIDELITY SEP IRA: (see lines 133 through 161) | | | | | | | | | |
| 133. Strategic Advs Value Fund | A | Dividend | J | T | Sold (part) | 03/17/11 | J | A | |
| 134. | | | | | Buy | 08/12/11 | J | | |
| 135. Strategic Advs. Small-Mid Cap Fd | A | Dividend | J | T | | | | | |
| 136. Strategic Advs. Int'l Fd | A | Dividend | J | T | Sold (part) | 05/19/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,000 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy | 08/12/11 | J | | |
| 138. Strategic Advs. US Oppty Fd | A | Dividend | J | T | | | J | | |
| 139. Strategic Advs. Core Fund | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 140. Strategic Advs. Growth Fund | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 141. Strategic Advs. Emerg. Mkts | A | Dividend | J | T | | | | | |
| 142. Fidelity Real Estate Income | A | Dividend | J | T | | | | | |
| 143. Fidelity Select Gold | A | Dividend | J | T | | | | | |
| 144. AQR Divers. Arb. Class I | A | Dividend | J | T | Buy | 05/19/11 | J | | |
| 145. Credit Suisse Commd Return Strtgy Shs | A | Dividend | J | T | | | | | |
| 146. Fidelity GNMA Fund | A | Dividend | J | T | Buy | 03/17/11 | J | | |
| 147. Fidelity Invest. Grade | A | Dividend | | | Sold | 03/17/11 | K | A | |
| 148. Fidelity Total Bond | C | Dividend | K | T | Sold (part) | 08/12/11 | J | A | |
| 149. Strategic Advs. Core Inc. Fd | B | Dividend | K | T | Buy | 03/17/11 | K | | |
| 150. | | | | | Buy | 03/18/11 | J | | |
| 151. | | | | | Sold (part) | 08/12/11 | J | A | |
| 152. Strategic Advs. Inc. Opp. Fd | A | Dividend | J | T | Buy | 03/17/11 | J | | |
| 153. | | | | | Sold (part) | 05/19/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. FIMM MMRT Port Inst. CL | A | Dividend | J | T | Buy | 03/17/11 | J | | |
| 155. Fidelity Money Market | | None | | | Sold | 01/05/11 | J | | |
| 156. Metropolitan West Low Dur. M | A | Dividend | J | T | Sold (part) | 03/17/11 | J | A | |
| 157. Pimco Total Retrn Adm. Shs | B | Dividend | K | T | Sold (part) | 08/12/11 | J | A | |
| 158. Pimco Short Term Adm Shs | A | Dividend | K | T | Sold (part) | 08/12/11 | J | A | |
| 159. T Rowe Price High Yld Adv Cl | A | Dividend | | | Sold | 03/17/11 | J | A | |
| 160. T Rowe Price Short Term Bd Fund Adv Cl | A | Dividend | J | T | Buy | 05/19/11 | J | | |
| 161. Templeton Global Bd Cl A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Marrero, Victor | 10/16/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The NY State Tuition Savings Plan investment recorded on Page 4, Line 7 is divided into two program accounts named Moderate Growth Fund and Conservative Growth Fund, 50% in each, with no control by the investor over the securities in the portfolio.

2. In Part VII, Page 4, Line 2 of my report for 2011, there is a listing for a Citibank Keogh Account consisting of two parts, CDs and a Transamerica Annuity. The entire Keogh account was sold on 10/27/10. However, the 2011 report inadvertently listed the sale on that date on the line corresponding to the Transamerica Annuity, although it was intended to refer to both. The CDs line should have separately indicated that that portion was sold on 10/27/10 as well.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Victor Marrero**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544